UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FILED
JAMES J. WALDRON, CLERK
JUN 3 0 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| In Re: | Case No.: 07-14890 (DHS) |
|---|---|
| **ROCKAWAY BEDDING, INC., et al.,** | (Jointly Administered) |
| Debtors. | Judge: Donald H. Steckroth, U.S.B.J. |

## ORDER

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

6/30/11

/s/ Donald H. Steckroth
USBJ

**Page 2**
Debtor: Rockaway Bedding, Inc., et al.
Case No.: 07-14890 (DHS) (Jointly Administered)
Caption of Order: Order

This matter having been opened to the Court upon motion of Edward T. Gavin, the Post-Confirmation Plan Trustee ("Plan Trustee"), to compel the respondents, Duane Morris LLP, Capstone Advisory Group, LLC, and Nuzzi & Mason, LLC (collectively, "Respondents"), to disgorge fees previously received, pursuant to a Consent Order entered by the Court on October 16, 2008, and the Court having reviewed the pleadings and opposition to the motion filed by counsel for the Respondents in this matter and having heard the arguments of counsel, and for the reasons set forth in the Court's Letter Opinion of June 30, 2011, and for good cause shown, it is

ORDERED that the motion to compel the Respondents to disgorge fees previously received, pursuant to a Consent Order entered by the Court on October 16, 2008 be and the same is hereby denied.

......